# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN THE MATTER THE SUCCESSION                         NO.  2022 CW 0400
OF DEZMON HAMILTON, SR.

    CONSOLIDATED WITH

IN THE MATTER OF THE                                 **JUNE 21, 2022**
SUCCESSION OF DEZMON HAMILTON

---

In Re:    Danita Cage, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 110,537 c/w 110,542.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

    **WRIT NOT CONSIDERED.** The writ application failed to include an affidavit verifying the allegations of the writ application and service, a copy of the pleadings on which the ruling was founded, a copy of the opposition and attachments or statement advising no opposition was filed, and a notice of intent and return date order, in violation of Rules 4-2, 4-5(A), 4-5(C)(8), 4-5(C)(9), and 4-5(C)(11) of the Uniform Rules of Louisiana Courts of Appeal. Also, this court requires a copy of the entire transcript of the hearing held on January 10, 2022. This court is unable to determine whether the writ application is timely.

    Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 and 4-9.

    In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein and documentation to show that the original writ application was timely, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before July 6, 2022, and must contain a copy of this ruling.

                  **VGW**
                  **JMG**
                  **EW**

COURT OF APPEAL, FIRST CIRCUIT

*a.Sn*

---
DEPUTY CLERK OF COURT
    FOR THE COURT